In the Matter of the Probate of the Will of ALEXANDER G. WILSON, Deceased.

FRANCES B. HICKS, Appellant; JOHN WILSON et al., Respondents.

Argued May 23, 1945; decided July 19, 1945.

*Daniel J. Madigan* and *Jay Raymond Levinson* for appellant.

*Edward Lazansky* and *Ralph Stout* for John Wilson and others, respondents.

*Charles G. Coster* and *Franklin G. Edwards* for Victor L. Finan, as executor of Alexander G. Wilson, deceased, respondent.

*C. Joseph Danahy*, as special guardian for unborn issue of Frances Bell Hicks and others.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.